UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PRINCE MISTER RA ESSENCE EL,[1] | ) |
| Plaintiff, | ) |
| v. | ) No. 4:25-cv-001750-SEP |
| ELLEN SUE LEVY, | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff's Complaint, titled "The All Writs Act 28 U.S.C. § 1615(a) Emergency Petition Immediate Danger," Doc. [1]. Although titled as a petition for writ of mandamus against his state criminal court judge, Ellen Levy, Plaintiff's Complaint attacks the circumstances of his confinement relating to three criminal actions in St. Louis County Court. Such allegations are more appropriately brought pursuant to 42 U.S.C. § 1983.

Plaintiff will be required to file an amended complaint on a Court-provided form. *See* Local Rule 2.06(B). Because he has neither paid the $405 filing fee nor filed a motion to proceed without prepayment of fees or costs, he must do one or the other for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1). If Plaintiff seeks to proceed without prepaying fees or costs, he must file a certified copy of his prison account statement for the six-month period immediately preceding the filing of the Complaint.[2] *See* 28 U.S.C. § 1915(a)(2). Failure to comply with this Order will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a Prisoner Complaint form and a blank Application to Proceed in District Court without Prepaying Fees or Costs.

---

[1] Plaintiff's real name is Edison C. Hester.

[2] Because Plaintiff has filed at least three federal civil actions that have been dismissed as frivolous or malicious or for failure to state a claim, he will be allowed to proceed *in forma pauperis* only if he is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g); *see, e.g., Hester v. City of St. Louis*, No. 4:13-CV-893-CAS (E.D. Mo. May 8, 2013); *Hester v. Boyer*, No. 4:12-CV-963-HEA (E.D. Mo. May 24, 2012); and *Hester v. City of St. Louis*, No. 4:10-CV-2389-SNLJ (E.D. Mo. Dec. 20, 2010).

1

**IT IS FURTHER ORDERED** that, <u>**within 30 days of the date of this Order**</u>, Plaintiff must file an amended complaint on the Court-provided Prisoner Complaint form and either pay the $405 filing fee or submit a motion to proceed without prepaying fees or costs.

**IT IS FURTHER ORDERED** that, if Plaintiff moves to proceed without prepaying fees or costs, he must submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his amended complaint.

**IT IS FINALLY ORDERED** that that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 14th day of January 2026.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE