**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

PRINCE MISTER RA ESSENCE EL,[1]    )
                               )
       Plaintiff,           )
      v.                    )
                               )      No. 4:25-cv-001750-SEP
ELLEN SUE LEVY,            )
                               )
      Defendant.       )

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On January 14, 2026, the Court ordered Plaintiff to (1) file an amended complaint on a Court-provided form and (2) either pay the filing fee or file a motion to proceed without prepayment of fees or costs. Doc. [8]. The Court warned Plaintiff that failure to comply with the Order would result in dismissal of the matter without prejudice. *Id.* More than three months later, Plaintiff has not complied with the Order. The Court will dismiss this action due to Plaintiff's failure to comply with the Court's Order. *See* Fed. R. Civ. P. 41(b); *Dudley v. Miles*, 597 F. App'x 392 (8th Cir. 2015) (per curiam) (affirming dismissal without prejudice where self-represented plaintiff failed to file an amended complaint despite being cautioned that dismissal could result from failure to do so); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. A separate Order of Dismissal will issue herewith.

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this 1st day of May, 2026.

                                               _____
                                               SARAH E. PITLYK
                                               UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's real name is Edison C. Hester.